GIBSON, DUNN & CRUTCHER LLP
MATTHEW HOFFMAN (SBN 227351)
MHoffman@gibsondunn.com
TIAUNIA N. BEDELL (SBN 254323)
TBedell@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Fax: (213) 229-7520

Attorneys for Defendant
The Quaker Oats Company

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELYSE MIRTO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE QUAKER OATS COMPANY, a New Jersey corporation; and DOES 1-50,<br><br>Defendant. | CASE NO. CV12-06299-SJO(JCx)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: January ___, 2013

_____
ELYSE MIRTO

By: _____
AHDOOT & WOLFSON, P.C.
Attorneys for Plaintiff Elyse Mirto

Dated: January 16, 2013

_____
THE QUAKER OATS COMPANY
Sr. Counsel, PepsiCo

By: Matthew A. Hoffman
GIBSON, DUNN & CRUTCHER LLP
Attorneys for Defendant The Quaker Oats Company

1  IT IS HEREBY STIPULATED by and between the parties to this action through
2  their designated counsel that the above-captioned action be and hereby is dismissed
3  with prejudice pursuant to FRCP 41(a)(1).

Dated: January 16, 2013

_____
ELYSE MIRTO

By: TINA WOLFSON
AHDOOT & WOLFSON, P.C.
Attorneys for Plaintiff Elyse Mirto

Dated: January ___, 2013

_____
THE QUAKER OATS COMPANY

By:
GIBSON, DUNN & CRUTCHER LLP
Attorneys for Defendant The Quaker
Oats Company